UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                :

CORINNA CREEDON,                      :

                         :

                Plaintiff,         :            25-CV-8499 (JAV)

                         :

        -v-                 :              ORDER

                         :

FORVIS MAZARS, LLP et al.,       :

                         :

             Defendants.      :
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

On December 15, 2025, Defendants filed a motion to dismiss the Complaint in part pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. *See* ECF No. 20. Plaintiff filed a letter on December 29, 2025, indicating that she does not oppose the motion. ECF No. 25.

Upon review of Defendants' motion papers, the motion is GRANTED. The Title VII claims (Counts I and II of the Complaint) against individual defendants Ryan Reiff, Michael Wolf, and Troy Gilstorf are dismissed. The Eleventh Cause of Action is dismissed as to all Defendants.

The Clerk of Court is directed to terminate ECF No. 20.

SO ORDERED.

Dated: January 5, 2026
      New York, New York                      JEANNETTE A. VARGAS
                                            United States District Judge